JOHN C. KIRKE, #175055
jkirke@donahue.com
ANDREW S. MACKAY, #197074
amackay@donahue.com
DONAHUE FITZGERALD LLP
Attorneys at Law
1999 Harrison Street, 26th Floor
Oakland, California 94612-3520
Telephone:   (510) 451-3300
Facsimile:    (510) 451-1527

Attorneys for Plaintiff
8 VINI INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 8 VINI INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DSV AIR & SEA INC., a New Jersey corporation,<br><br>　　　　　　Defendant. | Case No. 3:20-cv-09309-JCS<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:　　September 10, 2021<br>Time:　　2:00 p.m.<br>Crtrm.:　F, 15th Floor<br>　　　　　450 Golden Gate Avenue<br>　　　　　San Francisco, CA 94102<br>Judge:　Honorable Joseph C. Spero |

Pursuant to the Court's Order Continuing Further Case Management Conference (ECF No. 24, May 24, 2021) Defendant DSV Air & Sea, Inc. ("Defendant") and Plaintiff 8 Vini, Inc. ("Plaintiff") hereby submit the following Further Joint Case Management Conference Statement and Stipulation to Continue:

**Further Joint Case Management Statement**

Most of the information set forth in the parties' initial Joint Case Management Conference Statement (ECF No. 19) and prior Further Joint Case Management Conference Statement (ECF No. 23) remains the same. The parties offer supplemental information and updates corresponding to the following numbered paragraphs in that Statement and the Court's Standing Order regarding the contents of such statements (ECF No. 6-2):

8. Discovery: On March 3, 2021, Plaintiff propounded a first round of interrogatories and requests for production of documents. After obtaining several extensions, Defendant on June 2 served partial responses without producing any documents but has promised to supplement and is assembling documents to produce by July 2, 2021.

12. Settlement and ADR: Plaintiff made a settlement offer in January 2021 but has yet to receive a response. Plaintiff has given Defendant as significant amount of information to review. A substantial liability analysis has been prepared to assist Defendant in evaluating its potential liability to Plaintiff and inform its settlement position. Defendant has experienced a significant delay in making that evaluation due to personnel issues. Although counsel hope to actively engage in settlement discussions and are hopeful they may be able to resolve the matter informally, Plaintiff has become skeptical and intends to proceed with depositions.

Dated: September 7, 2021        DONAHUE FITZGERALD LLP


By: /s/ John C. Kirke
   John C. Kirke
   Attorney for Plaintiff
   8 VINI, INC.

-2-

1
2  Dated: September 7, 2021          COX, WOOTTON, LERNER, GRIFFIN & HANSEN, LLP
3
4                                    By: /s/ Arthur A. Severance
                                        Arthur A. Severance
5                                       Attorney for Defendant
                                        DSV AIR & SEA, INC.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28