JOHN C. KIRKE, #175055
jkirke@donahue.com
ANDREW S. MACKAY, #197074
amackay@donahue.com
DONAHUE FITZGERALD LLP
Attorneys at Law
1999 Harrison Street, 26th Floor
Oakland, California 94612-3520
Telephone:    (510) 451-3300
Facsimile:    (510) 451-1527

Attorneys for Plaintiff
8 VINI INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 8 VINI INC., a California corporation,<br><br>      Plaintiff,<br><br>      v.<br><br>DSV AIR & SEA INC., a New Jersey corporation,<br><br>      Defendant. | Case No. 3:20-cv-09309-JCS<br><br>**AMENDED JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:      September 10, 2021<br>Time:     2:00 p.m.<br>Crtrm.:    F, 15th Floor<br>            450 Golden Gate Avenue<br>            San Francisco, CA 94102<br>Judge:    Honorable Joseph C. Spero |

Defendant DSV Air & Sea, Inc. ("Defendant") and Plaintiff 8 Vini, Inc. ("Plaintiff") hereby submit the following Further Joint Case Management Conference Statement:

**Further Joint Case Management Statement**

Most of the information set forth in the parties' initial Joint Case Management Conference Statement (ECF No. 19) and prior Further Joint Case Management Conference Statements (ECF Nos. 23 and 25) remains the same. The parties offer supplemental information and updates corresponding to the following numbered paragraphs in that Statement and the Court's Standing Order regarding the contents of such statements (ECF No. 6-2):

8. Discovery: On August 27, 2021, Plaintiff commenced the 30(b)(6) deposition of Defendant. The deposition was not completed and has been continued to September 15, 2021.

12. Settlement and ADR: Plaintiff made a settlement offer in January 2021. On September 7, 2021, Defendant made a counteroffer.

Dated: September 7, 2021        DONAHUE FITZGERALD LLP

By: /s/ John C. Kirke
John C. Kirke
Attorney for Plaintiff
8 VINI, INC.

Dated: September 7, 2021        COX, WOOTTON, LERNER, GRIFFIN & HANSEN, LLP

By: /s/ Arthur A. Severance
Arthur A. Severance
Attorney for Defendant
DSV AIR & SEA, INC.